# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-21260-RKA

Plaintiff: **JOSELIN KARINA AGUIRRE URIARTE**
vs.
Defendant: **OSTENTA BEAUTY CONCEPT LLC, and MICAELA M. CONDOLUCCI**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 5th day of March, 2026 at 1:25 pm to be served on **OSTENTA BEAUTY CONCEPT LLC c/o Micaela Condolucci, its Registered Agent, 6039 Collins Avenue, PH-25, Miami Beach, FL 33140**.

I, Ernesto Avila, do hereby affirm that on the **11th day of March, 2026** at **12:50 pm, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Micaela Condolucci** as **Registered agent** for **OSTENTA BEAUTY CONCEPT LLC**, at the alternate address of: **2700 Biscayne Blvd, Miami, FL 33137**, and informed said person of the contents therein, in compliance with Florida statute 48.062

**Additional Information pertaining to this Service:**
3/9/2026  1:04 pm  Attempted Service: 6039 Collins Avenue, PH-25, Miami Beach, FL 33140. No answer. I left a contact card.
3/10/2026  12:00 pm  Defendant called me and requested service at POE 2700 Biscayne Blvd ph:786-853-9022.
3/11/2026  12:50 pm  Served at alternate address as stated above.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 130, Hair: Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026000266

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e