UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21260-ALTMAN/LETT

JOSELIN KARINA AGUIRRE URIARTE,

     Plaintiff,

vs.

OSTENTA BEAUTY CONCEPT LLC
and MICAELA CONDOLUCCI,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, MICAELA CONDOLUCCI

Plaintiff, Joselin Karina Aguirre Uriarte, files the Return of Service on Defendant,

Micaela Condolucci (served on March 13, 2026).

Dated this 16th day of March 2026.

*s/ Samuel G. Gonzalez, Esq.*
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Samuel G. Gonzalez, Esq. (1011323)
samuel@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

Coral Gables, Florida │ Detroit, Michigan
FairLaw Firm