# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-21260-RKA

Plaintiff:
**JOSELIN KARINA AGUIRRE URIARTE**

vs.

Defendant:
**OSTENTA BEAUTY CONCEPT LLC, and MICAELA M. CONDOLUCCI**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 26th day of February, 2026 at 1:16 pm to be served on **Micaela M. Condolucci, 8000 West Dr., Apt. 802, North Bay Village, FL 33141-5791**.

I, Joseph Onega, do hereby affirm that on the **13th day of March, 2026** at **12:05 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Micaela M. Condolucci** at the address of: **8000 West Dr., Apt. 802, North Bay Village, FL 33141-5791**, and informed said person of the contents therein, in compliance with Florida statute §48.031(1)(a).

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 125, Hair: Blonde, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861, SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026000244

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e