UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-21260-ALTMAN/LETT

JOSELIN KARINA AGUIRRE URIARTE,

       Plaintiff,

v.

OSTENTA BEAUTY CONCEPT LLC
AND MICAELA CONDOLUCCI,

       Defendants.

    _____/

## PLAINTIFF'S NOTICE OF RULE 41
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

       Plaintiff, Joselin Karina Aguirre Uriarte, hereby voluntarily dismisses this action ***without prejudice*** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) ("Rule 41(a)(1)(i) grants a plaintiff an unconditional right to dismiss" … "effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required.") *See also Lopez v. Core Mgmt. Grp. LLC*, 2025 U.S. Dist. LEXIS 18854, at *1 (M.D. Fla. Feb. 3, 2025) ("The text of the FLSA does not provide, and no Eleventh Circuit decision has ever held, that FLSA claims are exempt from Rule 41."); and *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012) (applying Rule 41 to FLSA case and finding "Rule 41(a)(1)(A) is a useful tool in settling cases because it allows parties to dismiss an action without a court order.")

       Respectfully submitted this 8th day of April 2026.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*
