**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-21260-ALTMAN**

**JOSELIN AGUIRRE URIARTE**,

> *Plaintiff*,

v.

**OSTENTA BEAUTY CONCEPT LLC**, *et. al.*

> *Defendant.*

_____/

**ORDER**

The Plaintiff has filed a notice of voluntary dismissal [ECF No. 11] in accordance with Federal Rule of Civil Procedure 41. Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *without prejudice*. Each party shall bear its own attorneys' fees and costs. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in the Southern District of Florida on April 8, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record